UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
NO. 21-4367

| | |
|---|---|
| **UNITRD STATES OF AMERICA,**<br><br>v.<br><br>**MONTES MILLER,**<br><br>*Defendant,* | **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

NOW COMES, Micah E. Huggins, attorney appointed by this Honorable Court to represent the Defendant herein, Montes Miller, and respectfully represents the following:

1. This Attorney was appointed under the CJA (Criminal Justice Act) within the United States Middle District of North Carolina to represent Mr. Miller at the District Court level.

2. Attorney continued representing Mr. Miller up through including sentencing which was held before the District Court on July 13, 2021.

3. After the judgment was entered on July 16, 2021, Mr. Miller informed this Attorney he wished for a Notice of Appeal to be filed on his

1

behalf with this Honorable Court. As such, a Notice of Appeal was timely filed.

4. As of this time, this Attorney has discussed with Mr. Miller his appeal options and Mr. Miller has informed this Attorney he would like another attorney appointed in this matter to thoroughly review all possible available appellate issues. This Attorney consents and agrees with Mr. Miller's request for substitute counsel being appointed regarding appellate issues.

5. As such, this Attorney would respectfully request to be allowed to withdraw as attorney of record before this Honorable Court and substitute counsel be appointed.

6. Mr. Miller is currently still out under certain court-ordered conditions and shall surrender to the U.S. Marshal for the Middle District of North Carolina or the institution designated by the Bureau of Prisons by 12:00 p.m. on September 7, 2021.

This the 26th day of July, 2021.

s/Micah E. Huggins
Attorney Bar Number: 38726
Attorney for Defendant
220 N. Eugene Street
Greensboro, N.C. 27401
Telephone: 336-281-2008
Email: mhuggins@micahhuggins.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2021, I caused this Motion to be filed electronically with the Clerk of the Court, which will send notice of such filing to the following registered CM/ECF users:

Eric Iverson
Assistant United States Attorney
Middle District of North Carolina
101 S. EDGEWORTH ST.
GREENSBORO, NC 27401
336-332-6302
Fax: 336-333-5381
Email: eric.iverson@usdoj.gov

/s/Micah E. Huggins
Attorney Bar Number: 38726
Attorney for Defendant
220 N. Eugene Street
Greensboro, N.C. 27401
Telephone: 336-281-2008
Email: mhuggins@micahhuggins.com