FILED: December 10, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4367
(1:21-cr-00008-TDS-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

MONTES TERELL MILLER, a/k/a Tripp, a/k/a Montes Terrel Miller

      Defendant - Appellant

_____

O R D E R

_____

The court defers consideration of the motion to take judicial notice of public records pending assignment to a merits panel.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk