FILED: December 30, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4367
(1:21-cr-00008-TDS-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

MONTES TERELL MILLER, a/k/a Tripp, a/k/a Montes Terrel Miller

      Defendant - Appellant

_____

O R D E R

_____

Upon review of submissions relative to the motion for release pending appeal, the court denies the motion.

Entered at the direction of Judge King with the concurrence of Judge Wynn and Judge Harris.

For the Court

/s/ Patricia S. Connor, Clerk