FILED: February 11, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4367
(1:21-cr-00008-TDS-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

MONTES TERELL MILLER, a/k/a Tripp, a/k/a Montes Terrel Miller

      Defendant - Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to the government's motion to remand for resentencing, the court denies the motion.

For the Court

/s/ Patricia S. Connor, Clerk