FILED: February 23, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4367
(1:21-cr-00008-TDS-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

MONTES TERELL MILLER, a/k/a Tripp, a/k/a Montes Terrel Miller

      Defendant - Appellant

_____

O R D E R
_____

Upon consideration of appellant's motion to submit supplemental briefing on *United States v. Campbell*, 22 F.4th 438, 440 (4th Cir. 2022), the court grants the motion and accepts the briefs as filed.

Upon consideration of the government's motion for abeyance, the court denies the motion.

For the Court

/s/ Patricia S. Connor, Clerk